| Fill in this information to identify your case: | | |
|---|---|---|
| United States Bankruptcy Court for the: | | |
| SOUTHERN DISTRICT OF NEW YORK | | |
| Case number (if known) | Chapter | 11 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Fig & Olive Thirteen Street LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  84-1710571

4. **Debtor's address**

   Principal place of business

   420 West 13th Street 1st Floor
   New York, NY 10014
   Number, Street, City, State & ZIP Code

   New York
   County

   Mailing address, if different from principal place of business

   254 West 31st Street, 7th Floor
   New York, NY 10001
   P.O. Box, Number, Street, City, State & ZIP Code

   Location of principal assets, if different from principal place of business

   Number, Street, City, State & ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify:

Debtor  **Fig & Olive Thirteen Street LLC**                                  Case number (*if known*) _____
              Name

7. **Describe debtor's business**   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __7225__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check all that apply:*
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11**. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   - ■ No.
   - ☐ Yes.

   If more than 2 cases, attach a separate list.

   | District | When | Case number |
   |---|---|---|
   | District | When | Case number |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ☐ No
    - ■ Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor | See Attachment | | Relationship | |
    |---|---|---|---|---|
    | District | | When | Case number, if known | |

Debtor   Fig & Olive Thirteen Street LLC                                                                                Case number (if known)
         Name

**11. Why is the case filed in this district?** Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

Where is the property? _____
Number, Street, City, State & ZIP Code

Is the property insured?
- ☐ No
- ☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   Check one:
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   Fig & Olive Thirteen Street LLC    Case number (*if known*)
         Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 3, 2020
               MM / DD / YYYY

X  /s/ Alexis Blair                                         Alexis Blair
   Signature of authorized representative of debtor         Printed name

   Title   CEO

**18. Signature of attorney**

X  /s/ Robert L. Rattet                                     Date  July 3, 2020
   Signature of attorney for debtor                               MM / DD / YYYY

   Robert L. Rattet
   Printed name

   Davidoff Hutcher & Citron LLP
   Firm name

   605 Third Avenue
   34th Floor
   New York, NY 10158
   Number, Street, City, State & ZIP Code

   Contact phone  212 557 7200     Email address  rlr@dhclegal.com

   1674118 NY
   Bar number and State

Debtor   Fig & Olive Thirteen Street LLC                           Case number *(if known)*
         Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____   Chapter   11

☐ Check if this an amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | F&O Scarsdale LLC | | Relationship to you | Affiliate |
| District | SDNY | When | Case number, if known | 20-22808 |
| Debtor | See attached | | Relationship to you | |
| District | | When | Case number, if known | |

**SCHEDULE OF CASES BEING FILED BY DEBTOR AND AFFILIATES:**

F&O SCARSDALE LLC

LUXURY DINING GROUP LLC

FIG & OLIVE HOLDING LLC

FIG & OLIVE USA INC.

F&O LEXINGTON LLC

FIG & OLIVE THIRTEEN STREET LLC

FIG & OLIVE FIFTH AVENUE LLC

F&O HOUSTON LLC

F&O NEWPORT BEACH LLC

F&O MELROSE PLACE INC.

F&O LOS ANGELES INC.

**Fill in this information to identify the case:**

Debtor name: Fig & Olive Thirteen Street LLC

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known):

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule
- ■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 3, 2020

X /s/ Alexis Blair
Signature of individual signing on behalf of debtor

Alexis Blair
Printed name

CEO
Position or relationship to debtor

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | Fig & Olive Thirteen Street LLC | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK | ☐ Check if this is an amended filing |
| Case number (if known): | | |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ACE Endico Foods 80 International Blvd. Brewster, NY 10509 | | | | | | $2,648.60 |
| Action Carting P.O. Box 554744 Detroit, MI 48255-4744 | | | | | | $2,104.00 |
| Autotap Corp. 958 Grand Street Brooklyn, NY 11211 | | | | | | $1,082.59 |
| Baldor P.O. Box 5411 New York, NY 10087-5411 | | | | | | $3,591.11 |
| Broadway Party Rentals P.O. Box 370411 Brooklyn, NY 11237-0411 | | | | | | $1,869.49 |
| Con Edison Electric JAF Station P.O. Box 1702 New York, NY 10116-1702 | | | | | | $5,353.80 |
| Coperaco Coffee LLC 287 Laurel Avenue Kearny, NJ 07032 | | | | | | $600.00 |
| Dartagnan Inc. P.O. Box 447 Union, NJ 07083-0447 | | | | | | $2,422.69 |
| Ecolab P.O. Box 32027 New York, NY 10087-2027 | | | | | | $1,845.80 |

Debtor   **Fig & Olive Thirteen Street LLC**
         Name

Case number (if known) _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Global Luxury Services, Inc. 65-39 Grand Avenue Maspeth, NY 11378 | | | | | | $632.00 |
| Greenway Mews Realty 416 West 13th Street New York, NY 10014 | | rent | Unliquidated Disputed | | | $185,977.47 |
| I. Halper Paper and Supplies 51 Hook Road Bayonne, NJ 07002 | | | | | | $1,638.14 |
| ImperialDade 255 Route 1 and 9 Jersey City, NJ 07306 | | | | | | $2,030.75 |
| Millpress Imports, LLC 2146 City Line Road Bethlehem, PA 18017 | | | | | | $3,843.50 |
| NYC Dept. of Consumer Affairs Attn: Sidewalk Consumer Affairs 42 Broadway, 5th Fl. New York, NY 10004 | | | | | | $26,585.85 |
| Park Street Imports - NY 1000 Brickell Avenue, Ste. 915 Miami, FL 33131 | | | | | | $810.00 |
| Peace of Mind Pest Control 142 Bay 44th Street Brooklyn, NY 11214 | | | | | | $972.30 |
| Queens Window Cleaning LI, Inc. P.O. Box 1131 Melville, NY 11747-1131 | | | | | | $653.25 |
| Samuels & Son Seafood 3400 South Lawrence St. Philadelphia, PA 19148 | | | | | | $805.30 |
| Shiny Kitchen Inc. P.O. Box 347910 Pittsburgh, PA 15251-4910 | | | | | | $653.25 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of New York

In re: **Fig & Olive Thirteen Street LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Fig & Olive USA Inc. | | 70% | Membership |
| Wine & Cheese LLC<br>110 Quayside Dr<br>Jupiter, FL 33477 | | 30% | Membership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: July 3, 2020

Signature: /s/ Alexis Blair
Alexis Blair

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re: Fig & Olive Thirteen Street LLC
Debtor(s)

Case No.
Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Fig & Olive Thirteen Street LLC  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Fig & Olive USA Inc.

Wine & Cheese LLC
110 Quayside Dr
Jupiter, FL 33477

☐ None [Check if applicable]

July 3, 2020
Date

/s/ Robert L. Rattet
Robert L. Rattet
Signature of Attorney or Litigant
Counsel for  Fig & Olive Thirteen Street LLC
Davidoff Hutcher & Citron LLP
605 Third Avenue
34th Floor
New York, NY 10158
212 557 7200 Fax:212 286 1884
rlr@dhclegal.com

FIG & OLIVE | Luxury Dining Group

## RESOLUTION OF THE MEMBERS of
## Fig & Olive Thirteen Street LLC

STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION F&O Thirteen Street LLC

I, **Alexis Blair** declare under penalty of perjury that I am the CEO of **F&O Thirteen Street LLC** and that the following is a true and correct copy of the resolutions adopted by the Board of Managers of said Company at a special meeting duly called and held on the  2  day of **July**, 2020 .

"Whereas, it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Alexis Blair**, CEO of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that **Alexis Blair**, CEO of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

Be It Further Resolved, that **Alexis Blair**, CEO of this Company is authorized and directed to employ **Robert L. Rattet**, attorney and the law firm of **Davidoff Hutcher & Citron LLP** to represent the Company in such bankruptcy case."

Date  7/2/20                                              Signed  _/s/ Alexis Blair_

# United States Bankruptcy Court
## Southern District of New York

In re: **Fig & Olive Thirteen Street LLC**, Debtor(s)

Case No.: 
Chapter: **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **July 3, 2020**

/s/ Alexis Blair
Alexis Blair/CEO
Signer/Title

```
A&L Recycling                    Con Edison Electric         Global Income Services, I
38-40 Review Ave.                JAF Station                 65-39 Grand Avenue
Long Island City, NY 11101       P.O. Box 1702               Maspeth, NY 11378
                                 New York, NY 10116-1702


ACE Endico Foods                 Coperaco Coffee LLC         Greenway Mews Realty
80 International Blvd.           287 Laurel Avenue           416 West 13th Street
Brewster, NY 10509               Kearny, NJ 07032            New York, NY 10014


Action Carting                   Daniel Hurtado              I. Halper Paper and Supp
P.O. Box 554744                  c/o Lee Litigation Group, PLLC 51 Hook Road
Detroit, MI 48255-4744           124 West 24th St., 8th Floor  Bayonne, NJ 07002
                                 Attn: C.K. Lee, Esq.
                                 New York, NY 10011


Alberto Montalvo                 Dartagnan Inc.              Il Laboratorio Del Gelat
c/o Lee Litigation Group, PLLC   P.O. Box 447                188 Ludlow Street
124 West 24th St., 8th Floor     Union, NJ 07083-0447        New York, NY 10002
Attn: C.K. Lee, Esq.
New York, NY 10011


American Express Bank FSB        Digital Marketing Box US, Inc  ImperialDade
4315 South 2700 West             9205 West Russell Rd., Ste. 240  255 Route 1 and 9
Salt Lake City, UT 84184         Las Vegas, NV 89148            Jersey City, NJ 07306


Autotap Corp.                    Ecolab                      Internal Revenue Service
958 Grand Street                 P.O. Box 32027              Centralized Insolvency O
Brooklyn, NY 11211               New York, NY 10087-2027     P.O. Box 7346
                                                             Philadelphia, PA 19101-7


Baldor                           Ecolab                      JCC Restaurant Supplies
P.O. Box 5411                    1 Ecolab Place              354-A Broome Street
New York, NY 10087-5411          Saint Paul, MN 55102        New York, NY 10013


Broadway Party Rentals           Eli's Bread                 Jose Ricardo Lopez
P.O. Box 370411                  403 East 91st Street        c/o Lee Litigation Group,
Brooklyn, NY 11237-0411          New York, NY 10128          124 West 24th St., 8th Fl
                                                             Attn: C.K. Lee, Esq.
                                                             New York, NY 10011


Chef Works                       Food Authority              LDI Color Toolbox
12325 Kerran St.                 3400 Lawson Blvd.           50 Jericho Quad
Poway, CA 92064                  Oceanside, NY 11572         Jericho, NY 11753


Coast Cleaning Services LLC      Fredy Ramirez               Mario Vargas
1100 Sixth Avenue                c/o Lee Litigation Group, PLLC  c/o Lee Litigation Group,
Neptune, NJ 07753                124 West 24th St., 8th Floor    124 West 24th St., 8th Fl
                                 Attn: C.K. Lee, Esq.            Attn: C.K. Lee, Esq.
                                 New York, NY 10011              New York, NY 10011
```

```
Mauricio                              PJ/7 Service Truck Repair, Inc.
c/o Lee Litigation Group, PLLC        25-61 49th Avenue
124 West 24th St., 8th Floor          Long Island City, NY 11101-4429
Attn: C.K. Lee, Esq.
New York, NY 10011


Millpress Imports, LLC                Queens Window Cleaning LI, Inc.
2146 City Line Road                   P.O. Box 1131
Bethlehem, PA 18017                   Melville, NY 11747-1131



Monsieur Touton Selection (NY)        Samuels & Son Seafood
P.O. Box 10789                        3400 South Lawrence St.
Albany, NY 12201-5789                 Philadelphia, PA 19148



NYC Dept. of Consumer Affairs         Shiny Kitchen Inc.
Attn: Sidewalk Consumer Affairs       P.O. Box 347910
42 Broadway, 5th Fl.                  Pittsburgh, PA 15251-4910
New York, NY 10004



NYC Dept. of Finance                  UL LLC, Everclean
59 Maiden Lane, 19th Fl.              32097 Collection Dr.
New York, NY 10038                    Chicago, IL 60693-0097



NYC Law Department                    Verizon
100 Church Street                     P.O. Box 15124
New York, NY 10007                    Albany, NY 12212-5124



NYS Dept. of Taxation & Finance       Victor Hugo Serrano
Attn: Office of Counsel, Bldg 9       c/o Lee Litigation Group, PLLC
W.A. Harriman State Campus            124 West 24th St., 8th Floor
Albany, NY 12227-1002                 Attn: C.K. Lee, Esq.
                                      New York, NY 10011


Office of the U.S. Trustee
201 Varick Street, Room 1006
New York, NY 10014



Park Street Imports - NY
1000 Brickell Avenue, Ste. 915
Miami, FL 33131



Peace of Mind Pest Control
142 Bay 44th Street
Brooklyn, NY 11214
```